UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GLEN WELCH (#323336)

VERSUS

N. BURL CAIN, WARDEN

CIVIL ACTION

NO. 12-38-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated April 18, 2012 (doc. no. 13). The plaintiff has filed objections which the court has considered and finds that it lacks any merit.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner's application for habeas corpus is found to be timely and the State is directed to file a supplemental memorandum within twenty-one (21) days, substantively addressing the petitioner's claims herein. Further, in the event that the State has not already done so, the State shall supplement the record with those portions of the state court record necessary for a full and complete review of the petitioner's substantive claims.

Baton Rouge, Louisiana, this 10th day of May, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA