UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GLEN WELCH (#323336)

VERSUS

N. BURL CAIN, ET AL.

CIVIL ACTION

NO. 12-38-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated March 9, 2015 (doc. no. 34). The plaintiff filed an objection which asserts the same arguments and lacks merit.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner's application for habeas corpus relief is DISMISSED. Further, in the event the petitioner seeks to pursue an appeal in this case, a certificate of appealability is DENIED for the reasons set forth in the report.

Baton Rouge, Louisiana, this 23rd day of March, 2015.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA